United States Court of Appeals
Fifth Circuit

**F I L E D**

**September 6, 2007**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 05-40497
Summary Calendar

UNITED STATES OF AMERICA

Plaintiff-Appellee

v.

JESUS VALENCIA FARIAS, also known as Jesus Ballencia Farias, also
known as Arturo Chavez Gonzales, also known as Chewy, also known as
Chuy

Defendant-Appellant

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 4:04-CR-71-1

Before HIGGINBOTHAM, STEWART, and OWEN, Circuit Judges.

PER CURIAM:[*]

The attorney appointed to represent Jesus Valencia Farias has moved for leave to withdraw and has filed a brief in accordance with Anders v. California, 386 U.S. 738 (1967). Farias has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal.

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

1

Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. See 5th Cir. R. 42.2.